**Order entered August 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00185-CV

**AMREIT SSPF PRESTON TOWNE CROSSING LP, ET AL., Appellants**

**V.**

**COLLIN CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03779-2017**

## ORDER

Before the Court is appellants' August 28, 2019 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to **August 30, 2019**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE